UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEX GARNETT, Individually and on Behalf of All Others Similarly Situated,

                 Plaintiff,

-v-

RLX TECHNOLOGY INC., YING (KATE) WANG, LONG (DAVID) JIANG, YILONG WEN, YUEDUO (RACHEL) ZHANG, COLLEEN A. DEVRIES, COGENCY GLOBAL INC., CITIGROUP GLOBAL MARKETS INC., and CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED,

                 Defendants.

21 Civ. 5125 (PAE) (SN)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received several motions for appointment of lead plaintiff(s) and counsel in this case. *See* Dkts. 22, 25, 28, 29, 34, 35, 39. Responses to these motions are due on August 23, 2021. The Court does not invite replies.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 10, 2021
       New York, New York