UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEX GARNETT, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,                  21 **CIVIL** 5125 (PAE)

      -against-                   **JUDGMENT**

RLX TECHNOLOGY INC., YING (KATE) WANG, LONG (DAVID) JIANG, YILONG WEN, YUEDUO (RACHEL) ZHANG, COLLEEN A. DEVRIES, COGENCY GLOBAL INC., CITIGROUP GLOBAL MARKETS INC., and CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated September 30, 2022, the Court grants the motion to dismiss the Second Amended Complaint. The dismissal is with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
         September 30, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                        **BY:**

                                                          **Deputy Clerk**